## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEWIS D. BAKER, )<br>)<br>      Plaintiff, )<br>)<br>  v. )<br>)<br>ZYNGA INC., MARK PINCUS, FRANK )<br>GIBEAU, REGINA E. DUGAN, WILLIAM )<br>GORDON, LOUIS J. LAVIGNE JR., )<br>CAROL G. MILLS, JANICE M. ROBERTS, )<br>ELLEN F. SIMINOFF, and NOEL )<br>WATSON, )<br>)<br>      Defendants. ) | Case No. 1:22-cv-01514-FB-RER |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: May 20, 2022

**RIGRODSKY LAW, P.A.**

By: */s/ Gina M. Serra*
    Gina M. Serra
    825 East Gate Boulevard, Suite 300
    Garden City, NY 11530
    (516) 683-3516
    gms@rl-legal.com

*Attorneys for Plaintiff*